IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** *et al.* | * |
| | * |
| **Plaintiffs,** | * |
| | *  Civil No. 8:18-cv-1278-PWG |
| v. | * |
| | * |
| **WALTER REED NATIONAL** | * |
| **MILITARY MEDICAL CENTER,** *et al.* | * |
| | * |
| **Defendants** | * |

**********

[~~PROPOSED~~] ORDER

**CONSIDERING THE FOREGOING** Joint Motion filed by Plaintiffs Equal Rights Center and Sylvester Fiers ("Plaintiffs") and Defendants Walter Reed National Military Medical Center, Lloyd Austin, United States Secretary of Defense in his official capacity,[1] and U.S. Navy and Exchange Service Command ("Defendants"), to approve the terms set forth in the attached Settlement Agreement (Exhibit 1) and to dismiss with prejudice all of the claims asserted by Plaintiffs in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that:

1. The Settlement Agreement is hereby approved.

2. The terms and conditions of the Settlement Agreement are adopted as an enforceable Order of this Court.

3. This case and all of Plaintiffs' claims asserted therein are hereby dismissed with prejudice as consistent with the Settlement Agreement.

---

[1] James Mattis, the originally named defendant, resigned as Secretary of the United States Department of Defense in December 2018. Lloyd Austin took office as the United States Secretary of Defense on January 22, 2021.

SIGNED on January 26th, 2022

_____
HON. PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE